## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | | |
|---|---|---|
| **BRIAN SPENCER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 3:22-cv-00024-GFVT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JRN, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## JRN, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant JRN, Inc. ("JRN") hereby moves to dismiss, for lack of standing, the allegations of Plaintiff's Complaint regarding the JRN locations Plaintiff has not visited and for which he does not allege any intent to visit.

Furthermore, because Plaintiff cannot establish commonality as required by Federal Rule of Civil Procedure 23(a), JRN further moves to dismiss the class allegations of Plaintiff's Complaint for failure to plead a viable class. In support hereof, JRN relies on its accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Chad E. Wallace*
Chad E. Wallace (KY Bar No. 92832)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, Tennessee 37604
Telephone: (423) 928-0181
Email: cwallace@bakerdonelson.com

*Counsel for JRN, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, a copy of the foregoing *JRN, Inc.'s Motion to Dismiss* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Jordan Tyler Porter
Nye, Stirling, Hale & Miller, LLP
33 W. Mission Street
Suite 201
Santa Barbara, CA 93101
805-963-2345
Email: jordan@nshmlaw.com

Justin Peterson
Golden Law Office, PLLC
771 Corporate Drive
Suite 800
Lexington, KY 40503
859-469-5000
Fax: 859-469-5001
Email: jpeterson@goldenlawoffice.com

*Counsel for Plaintiff*

*/s/ Chad E. Wallace*
Chad E. Wallace

4875-9482-7813v1
2903184-000002 06/27/2022