UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | | |
|---|---|---|
| BRIAN SPENCER, Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | Civil Action No. 3:22-CV-24 (GFVT) |
| JRN, INC., and DOES 1 to 25, | § § § | |
| Defendant(s). | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorneys' fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Jordan Tyler Porter (w/permission CEW)*
Jordan Tyler Porter
NYE, STIRLING, HALE,
  MILLER & SWEET LLP
33 West Mission, Suite 201
Santa Barbara, California  93101
Telephone:  (805) 963-2345
E-Mail:  jordan@nshmlaw.com

and

Justin S. Peterson
GOLDEN LAW OFFICE, PLLC
771 Corporate Drive, Suite 800
Lexington, Kentucky  40503
Telephone:  (859) 469-5000
E-Mail:  jpeterson@goldenlawoffice.com

*Attorneys for Plaintiff and the Class*


*/s/ Chad E. Wallace*
Chad E. Wallace (KY Bar No. 92832)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, Tennessee  37604
Telephone:  (423) 928-0181
Facsimile:  (423) 928-5694
E-Mail:  cwallace@bakerdonelson.com

*Counsel for JRN, Inc.*