UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| BRIAN SPENCER, | ) | |
| Plaintiff, | ) ) ) | Case. No. 3:22-cv-00024-GFVT |
| v. | ) ) | |
| JRN, Inc., *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice under under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  [R. 19.]  The parties being in agreement, and the Court being sufficiently advised, the joint motion **[R. 19]** is **GRANTED**.  All claims and counterclaims in this matter shall be, and hereby are, **DISMISSED WITH PREJUDICE** and this matter is **STRICKEN** from the Court's active docket, with each party to pay its own costs and fees.

This the 4th day of April, 2023.

Gregory F. Van Tatenhove
United States District Judge